UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

08/27/2012

IN RE:

VICTOR R DISANTI
438 ELWYN AVENUE
SPRINGDALE, PA 15144-1169
XXX-XX-8963           Debtor(s)

Case No. 10-22680 JAD
JEFFERY A DELLER
Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412)471-5566

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

NOTE:  The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and/or proofs of claim.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com

SEE NEXT PAGE FOR CLAIMS

| | | | | | |
|---|---|---|---|---|---|
| VICTOR R DISANTI 438 ELWYN AVENUESPRINGDALE, PA  15144-1169 | | | | | |
| $0.00 | ACCT: | | Percent to be paid: 0.00 | | Interest Rate:0.00 |
| DEBTOR REFUND | | | | | |
| Claim No: 0 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFREY J SIKIRICA ESQ 121 NORTHBROOK DRGIBSONIA, PA  15044 | | | | | |
| $0.00 | ACCT: | | Percent to be paid: 100.00 | | Interest Rate:0.00 |
| OTHER ATTORNEY | | | | | |
| Claim No: 0 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFREY J SIKIRICA ESQ 121 NORTHBROOK DRGIBSONIA, PA  15044 | | | | | |
| $0.00 | ACCT: | | Percent to be paid: 100.00 | | Interest Rate:0.00 |
| ATTORNEY FEE | | | | | |
| Claim No: 0 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| GREATER PITTSBURGH POLICE FCU 1338 CHARTIERS AVEPITTSBURGH, PA  15220 | | | | | |
| $0.00 | ACCT: ? | | Percent to be paid: 0.00 | | Interest Rate:0.00 |
| VEHICLE | | OUTBYSON/PL*NT ADR/SCH*DKT | | | |
| Claim No: 1 | | Monthly Payment:$0.00 | | | PAID OUTSIDE |

| | | | | | |
|---|---|---|---|---|---|
| PNC BANK ATTN BANKRUPTCY DEPTPOB 5570CLEVELAND, OH  44101 | | | | | |
| $0.00 | ACCT: ..2240 | | Percent to be paid: 100.00 | | Interest Rate:0.00 |
| MORTGAGE REGULAR PAYMENT | | PMT/PL*712.96 X(42+2)=LMT*BGN 6/10/CNF OE*RSV/NTC | | | |
| Claim No: 2 | | Monthly Payment:$712.96 | | | |

| | | | | | |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BNK C/O BECKET & LEE LLPPOB 3001MALVERN, PA  19355-0701 | | | | | |
| $2,831.12 | ACCT: ...1003 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | | | |
| Claim No: 3 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BNK C/O BECKET & LEE LLPPOB 3001MALVERN, PA  19355-0701 | | | | | |
| $2,423.64 | ACCT: ...1008 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | | | |
| Claim No: 4 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP POB 29262NEW YORK, NY  10087-9262 | | | | | |
| $3,010.50 | ACCT: 8768 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | CITIBANK | | | |
| Claim No: 5 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| CAPITAL ONE BANK NA** C/O AMERICAN INFOSOURCE LPPOB 71083CHARLOTTE, NC  28272-1083 | | | | | |
| $4,764.23 | ACCT: ...6202 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | | | | |
| Claim No: 6 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP POB 29262NEW YORK, NY  10087-9262 | | | | | |
| $5,793.49 | ACCT: 2930 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | CHASE | | | |
| Claim No: 7 | | Monthly Payment:$0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP POB 29262NEW YORK, NY  10087-9262 | | | | | |
| $660.33 | ACCT: 0059 | | Percent to be paid: 20.00 | | Interest Rate:0.00 |
| UNSECURED CREDITOR | | CHASE | | | |
| Claim No: 8 | | Monthly Payment:$0.00 | | | |

ECAST SETTLEMENT CORP POB 29262NEW YORK, NY  10087-9262

| $7,136.90 | ACCT: 1371 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | CHASE | | |
| Claim No: 9 | Monthly Payment:$0.00 | | |

PRA/PORTFOLIO RECOVERY ASSOC POB 12914NORFOLK, VA  23541

| $1,917.87 | ACCT: ...7259 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | CHASE | | |
| Claim No: 10 | Monthly Payment:$0.00 | | |

AMERICAN INFOSOURCE LP O/B/O  MIDLAND FUNDING LLC POB 248897OKLAHOMA CITY, OK  73124-8838

| $851.12 | ACCT: ...7023 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | CITIBANK | | |
| Claim No: 11 | Monthly Payment:$0.00 | | |

DISCOVER BANK(*) C/O DISCOVER FINANCIAL SVCSPOB 3025NEW ALBANY, OH  43054

| $6,958.76 | ACCT: ...8339 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | | | |
| Claim No: 12 | Monthly Payment:$0.00 | | |

PRA/PORTFOLIO RECOVERY ASSOC POB 12914NORFOLK, VA  23541

| $3,734.79 | ACCT: ...1967 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | CITIBANK/EXXON | | |
| Claim No: 13 | Monthly Payment:$0.00 | | |

FIA CARD SERVICES-SCCSR DE5-023-03-031000 SAMOSET DRNEWARK, DE  19713

| $1,084.04 | ACCT: ...8880 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | BANK OF AMERICA | | |
| Claim No: 14 | Monthly Payment:$0.00 | | |

NATIONAL CAPITAL MANAGEMENT LLC 8245 TOURNAMENT DR STE 230MEMPHIS, TN  38125

| $433.38 | ACCT: 0234 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | JCPENNEY | | |
| Claim No: 15 | Monthly Payment:$0.00 | | |

PNC BANK ATTN BANKRUPTCY DEPTPOB 5570CLEVELAND, OH  44101

| $0.00 | ACCT: ..5525 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | | | |
| Claim No: 16 | Monthly Payment:$0.00 | | NOT FILED |

PRA/PORTFOLIO RECOVERY ASSOC POB 12914NORFOLK, VA  23541

| $2,131.65 | ACCT: ...5619 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | CITIBANK/SEARS | | |
| Claim No: 17 | Monthly Payment:$0.00 | | |

MICHAEL G MCCABE ESQ GOEHRING RUTTER & BOEHM1424 FRICK BLDG437 GRANT STPITTSBURGH, PA  15219

| $0.00 | ACCT: | Percent to be paid: 0.00 | Interest Rate:0.00 |
|---|---|---|---|
| NOTICE ONLY | ALLEG CNTY/PRAE | | |
| Claim No: 18 | Monthly Payment:$0.00 | | |

COUNTY OF ALLEGHENY (R/E TAX)* %JORDAN TAX SVC-CUR/DLNQ CLCTRPOB 200BETHEL PARK, PA  15102

| $0.00 | ACCT: 627M190;10 | Percent to be paid: 0.00 | Interest Rate:0.00 |
|---|---|---|---|
| SECURED CREDITOR | C9GOV*99.64~PIF/CRED | | |
| Claim No: 19 | Monthly Payment:$0.00 | | |

| $0.00 | ACCT: | Percent to be paid: 0.00 | Interest Rate:0.00 |
|---|---|---|---|
| SPECIAL NOTICE ONLY | | | |
| Claim No: 20 | Monthly Payment:$0.00 | | |

T W PHILLIPS GAS & OIL CO 205 N MAIN ST BUTLER, PA  16001

| $1,766.86 | ACCT: 4680127000 | Percent to be paid: 20.00 | Interest Rate:0.00 |
|---|---|---|---|
| UNSECURED CREDITOR | NT/SCH | | |
| Claim No: 21 | Monthly Payment:$0.00 | | |

TOTAL                                                                                                           $45,498.68

   Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an Objection to Claim within twenty-five (25) days of this notice, and served upon the undersigned and the creditor whose claim is being objected to.

/s/ RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412)471-5566

I herein certify that a copy of this notice was served upon the afore-listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/27/2012

/s/Trustee's Administrative Assistant
CHAPTER 13 TRUSTEE WD PA