# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator

FROM:    Financial Administrator

DATE: **10-26-2009**    **UC**

CASE NAME: _Miller_

CASE NUMBER: _06-25243_

Check Number _653451_ in the amount of $ _7903.31_ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: _09851_    Intake Clerk's Initials _RC_

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE **FORWARD TO** THE APPROPRIATE **CASE ADMINISTRATOR**.

#4b-F

2009 OCT 26 PH 3:17

FILED

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                  Phillip J. McHale, III
Chief Counsel                                       Chief Accountant

October 13, 2009

John J. Horner, Esquire           OR         John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                        U.S. Courthouse, Room B160
600 Grant Street                             17 South Park Row
Pittsburgh PA 15219                          Erie PA 16501

RE:  AARON M. MILLER

Case No.: 06-25243   D

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

   *NATIONAL CITY BANK
   *%WELTMAN et al-ATN:A Hocheise
   *965 KEYNOTE CIR
   *BROOKLYN HEIGHTS OH              44131

CHECK NUMBER  653451                AMOUNT $ 7,903.31

   The disbursement(s) was returned to the Trustee for the following reason:

_____   a.  Trustee has been unable to locate Creditor.

_____   b.  Creditor returned funds.

___X___   c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
06-25243 D

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                     Very truly yours,

                                     RONDA J. WINNECOUR
                                   for Standing Chapter 13 Trustee

cc: ROBERT SHEARER ESQ
    AARON M. MILLER

    *NATIONAL CITY BANK
    Creditor